UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| IZAE ALFORD | : | CR. NO. **20-cr-00062-MAS**: |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 1st day of April, 2024

ORDERED that the Federal Public Defender for the District of New Jersey, (Andrea Aldana, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

_____
TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender